UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**RYAN KIME**,

        Plaintiff,

   v.

**ADVENTIST HEALTH CLEARLAKE HOSPITAL, INC., ET AL.**,

        Defendants.

Case No. 16-cv-04502-YGR

**ORDER GRANTING MOTION TO DISMISS WITH LEAVE TO AMEND; DENYING MOTION TO STRIKE**

Re: Dkt. Nos. 27, 29

Defendant filed its Motion to Dismiss on November 7, 2016. (Dkt. No. 27.) The matter came on for hearing on December 13, 2016. Having carefully considered the briefing and arguments submitted in this matter, and for the reasons set forth in full detail on the record on December 13, 2016, Defendant's Motion to Dismiss, with respect to Counts One and Two, is **GRANTED WITH LEAVE TO AMEND**. Plaintiff shall file an amended complaint no later than January 12, 2017.

Until the Court decides whether a claim exists which raises a federal question, the question of whether it will exercise supplemental jurisdiction, pursuant to 28 U.S. Code § 1367(c)(3), over the remaining state law claim remains uncertain. Accordingly, the Court **DENIES** the related Motion to Strike as premature. (Dkt. No. 29.)

This Order terminates Dkt. Nos. 27 and 29.

**IT IS SO ORDERED.**

Dated: December 14, 2016

                                                      **YVONNE GONZALEZ ROGERS**
                                                      **UNITED STATES DISTRICT COURT JUDGE**